IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO  DIVISION

MATTIE WILLIAMS, ET AL.                                                     PLAINTIFFS


vs.                                          CASE NO. **3:05CV00013GH**


TENNECO AUTOMOTIVE OPERATING
COMPANY,  INC., ET AL.                                                   DEFENDANTS

### ORDER

Pending before the Court is the motion of defendant Tenneco Automotive Operating Company (Tenneco) to enforce the settlement agreement reached between Tenneco and all plaintiffs, to dismiss the case with prejudice and to order plaintiff Mattie  Williams to pay Tenneco its attorneys' fees and costs incurred in obtaining enforcement of the Settlement Agreement.  Tenneco states that a settlement was reach between plaintiffs and Tenneco. Counsel for plaintiffs stated that the settlement agreement had been accepted by all four plaintiffs and had been executed by all four plaintiffs and himself.  Plaintiffs' counsel never forwarded a copy of the signed Settlement Agreement to Tenneco as promised, but advised Tenneco that plaintiff Mattie Williams wanted to withdraw from the settlement.

A settlement agreement is enforceable if the attorney had actual, implied or apparent authority to enter into it or express authority to enter into it.  *Harris v. Arkansas State Highway and Transp.* Dep't, 2006 WL 305513 (8th Cir. 2006).   The Court is persuaded that a hearing is necessary to resolve any factual disputes.  Therefore, a hearing on the motion to enforce settlement is set for March 29, 2006 at 1:00 p.m. in Courtroom 2A, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas. Tenneco's motion for leave to file supporting affidavit and exhibits under seal is granted.

IT IS SO ORDERED this 8th  day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE