IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATTIE WILLIAMS, ET AL.                                                                    PLAINTIFFS

vs.                                         CASE NO. **3:05CV00013GH**

TENNECO AUTOMOTIVE OPERATING
COMPANY, INC., ET AL.                                                                       DEFENDANTS

## **ORDER**

On this date, the Court conducted a hearing on the motion of defendant Tenneco Automotive Operating Company (Tenneco) to enforce the settlement agreement reached between Tenneco and all plaintiffs. Pursuant to the testimony and evidence presented at the hearing, the Court finds that plaintiff Mattie Williams gave her attorney actual authority to enter into the agreement. *See Harris v. Arkansas State Highway and Transp. Dep't*, 2006 WL 305513 (8th Cir. 2006). Therefore, the Court finds that the settlement should be enforced.

Accordingly, the motion to enforce settlement agreement is hereby granted. The case is hereby dismissed with prejudice. Tenneco's motion for an award of attorney's fees and costs is denied.

IT IS SO ORDERED this 29th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE